IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY RAY COLLINS, SR. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 14-7191 |
| | ) |
| v. | ) |
| | ) |
| TRANS UNION, LLC, ET AL. | ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER

This matter is before the Court upon Plaintiff Gary Ray Collins, Sr.'s unopposed motion for extension to time to respond to the Defendant Credit Plus, Inc.'s Motion to Dismiss (Dk. No. 14). After reviewing the motion, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's unopposed motion for extension of time to respond to the Motion is **GRANTED.**

2. Plaintiff shall respond to Defendant's Motion on or before February 13, 2015.

SO ORDERED:

Date: _____        _____
                                                                 LEGROME D. DAVIS U.S.D.J.