**CERTIFICATE OF SERVICE**

I, **GREGORY GORSKI**, do hereby certify that on this 5th day of February, 2015, I caused a true and correct copy of Plaintiff's Unopposed Motion For Extension Of Time For Plaintiff To Respond Defendant Credit Plus Inc.'s Motion to Dismiss to be served by ECF notification upon the following counsel of record:

Katherine E. Carlton, Esquire
William R. Brown, Esquire
SCHUCKIT & ASSOCIATES PC
4545 Northwestern Dr.
Zionsville, IN 46077

Casey Green, Esquire
SIDKOFF, PINCUS & GREEN, P.C.
1101 Market Street
2700 Aramark Tower
Philadelphia, PA 19107

*Attorneys for Defendant*
*Trans Union, LLC*

Michael A. Magee, Esquire
JONES DAY
500 Grant Street
Suite 4500
Pittsburgh, PA 15219

Mohammad A. Ghiasuddin, Esquire
KAPLIN STEWART MELOFF REITER & STEIN PC
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Ross G. Currie, Esquire
Richard A. O'Halloran, Esquire
DINSMORE & SHOHL LLP
1200 Liberty Ridge Dr. Ste. 310
Wayne, PA 19087

*Attorneys for Defendant
Credit Plus, Inc.*

**FRANCIS & MAILMAN, P.C.**

  */s/ Gregory Gorski*
GREGORY GORSKI
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600