IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY RAY COLLINS, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, et al. | : | NO. 2:14-cv-7191 |

**NOTICE**

    Please be advised that a Rule 16 conference in the above-captioned case is scheduled for **TUESDAY, MARCH 24, 2015, at 10:15 a.m.** before the Honorable Legrome D. Davis, Room 6614, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

    Please complete the enclosed Conference Information Report and mail or fax the completed report, along with a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f), for arrival in Judge Davis' Chambers three business days prior to the Rule 16 conference.

    At the close of the conference, you will receive an order from Judge Davis listing firm dates for the completion of discovery, other pretrial submissions and the trial, if a trial is required.

    If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

    Failure to comply with this directive may result in the imposition of sanctions.

    The conference will be continued to another date only in exceptional cases.

Very truly yours,

/s/ Mia Harvey
Mia Harvey
Civil Deputy to Judge Legrome D. Davis
267-299-7651 (Phone)
267-299-5076 (Fax)

RULE 16 CONFERENCE INFORMATION REPORT

Civil Action No. <u>14-7191</u> Jury Trial _____ Bench Trial _____ Arbitration _____

Service of Process Made _____
         (Date)

Caption: <u>Gary Ray Collins, Sr. v. Trans Union, LLC, et al.</u>

Trial Counsel: _____

Representing: _____

Law Firm: _____

Address: _____

Telephone: _____ Fax: _____ E-Mail: _____

Are there threshold motions? _____
           (Identify Motion(s))

When will discovery be completed? _____
          (Date)

Will motion for summary judgment be filed? Yes _____ No _____

Has settlement been discussed? Yes _____ No _____

If not, why not? _____

Future settlement conference requested Yes _____ No _____

Novel issues or special problems? Yes _____ No _____ If yes, describe.

_____

Ready for trial by? _____
      (Date)

Trial time estimates: Time to present your case _____

       Time for entire trial _____

Date: _____     _____
            Signature of counsel
            _____
            Typed or printed name